FRANKLIN E. SMITH, RESPONDENT, v. BETSY CHURCH, APPELLANT.

*Parent—liability of, for purchases of child—ratification.*

One who seeks to make a parent liable for purchases of a child, must show a failure on the part of the parent to discharge the obligation to provide necessaries for the infant, and that the goods supplied were in fact necessaries. (2 Kent's Com., 193; *Clinton* v. *Rowland,* 24 Barb., 634.)

A child, without authority, purchased certain goods for himself, on his mother's account, who, when the bill was presented to her, at first hesitated, but finally promised to pay it: *held,* that by so doing she ratified his act, and was liable for the price of the goods.

APPEAL from a judgment of the County Court, affirming a judgment in the Justice's Court, in favor of the plaintiff.

*William S. Briggs,* for appellant. *Charles S. Baker,* for respondent.

Opinion by GILBERT, J.

Present—MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.